

125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | 512.463.8588 | WWW.TXDOT.GOV

Wed, 13 April 2022

STATE OF TEXAS §

This is to certify that I, Jim Hollis, am employed by the Texas Department of Transportation (Department); that I am the Custodian of Motor Vehicle Crash Records for such Department; that the attached is a true and correct copy of the peace officer's report filed with the Department referred to in the attached request with the crash date of Thu, 07 April 2022, which occurred in Harris County; that the investigations of motor vehicle crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash Report is required by law to be completed and filed with this Department; that this report sets forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.

Jim Hollis
Director, Crash Data & Analysis Section
125 East 11th Street
Austin, TX  78701-2483
1-844-274-7457



OUR VALUES: *People • Accountability • Trust • Honesty*
OUR MISSION: *Connecting You With Texas*

*An Equal Opportunity Employer*

DEFS EX A

DEFS 001249

Law Enforcement and TxDOT Use ONLY
☐ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

Total Num. Units: 3
Total Num. Prsns.: 2
TxDOT Crash ID: 18841570.1 /2022156717

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 4

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY): 04/07/2022
*Crash Time (24HRMM): 1400
Case ID: 2204-02689
Local Use:

*County Name: HARRIS
*City Name:
☒ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
Latitude (decimal degrees):
Longitude (decimal degrees):

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys.: CR
*Hwy. Num.:
2 Rdwy. Part: 1
Block Num.: 1100
3 Street Prefix: S
*Street Name: MAIN
4 Street Suffix: ST

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
☐ Toll Road/Toll Lane
Speed Limit: 35
Const. Zone: ☐ Yes ☒ No
Workers Present: ☐ Yes ☒ No
Street Desc.:

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int.: ☐ Yes ☒ No
1 Rdwy. Sys.: CR
Hwy. Num.:
2. Rdwy. Part: 1
Block Num.: 7700
3 Street Prefix:
Street Name: DECKER
4 Street Suffix: DR

Distance from Int. or Ref. Marker: 50 ☒ FT ☐ MI
3 Dir. from Int. or Ref. Marker: N
Reference Marker:
Street Desc.:
RRX Num.:

## VEHICLE, DRIVER, & PERSONS

Unit Num.: 1
5 Unit Desc.: 1
☐ Parked Vehicle  ☐ Hit and Run
LP State: KS
LP Num.: 205382
VIN: 1XKYDP9XXNJ46275 (1,X,K,Y,D,P,9,X,X,N,J,4,6,2,7,6,5)

Veh. Year: 2022
6. Veh. Color: MAR
Veh. Make: KENWORTH
Veh. Model: UNKNOWN
7 Body Style: TR
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type: 1
DL/ID State: SC
DL/ID Num.: Redacted
9 DL Class: 98
10 CDL End.: 96
11 DL Rest.: 98
DOB (MM/DD/YYYY): Redacted

Address (Street, City, State, ZIP): Redacted

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | CANTY, TYRUS | N | 25 | B | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: Redacted

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type: 2
Fin. Resp. Name: Redacted
Fin. Resp. Num.: Redacted

Fin. Resp. Phone Num.: Redacted
27 Vehicle Damage Rating 1: - -
27 Vehicle Damage Rating 2: - -
Vehicle Inventoried: ☐ Yes ☒ No

Towed By:
Towed To:

---

Unit Num.: 2
5 Unit Desc.: 6
☐ Parked Vehicle  ☐ Hit and Run
LP State: IL
LP Num.: T526706
VIN: 1UJBJ02L6G1JE0129 (1,U,J,B,J,0,2,L,6,G,1,J,E,0,1,2,9)

Veh. Year: 1986
6. Veh. Color: WHI
Veh. Make: UNKNOWN
Veh. Model: UNKNOWN
7 Body Style: TL
☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type:
DL/ID State:
DL/ID Num.:
9 DL Class:
10 CDL End.:
11 DL Rest.:
DOB (MM/DD/YYYY):

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee
Owner/Lessee Name & Address: Redacted

Proof of Fin. Resp.: ☒ Yes ☐ No  ☐ Expired ☐ Exempt
26 Fin. Resp. Type: 2
Fin. Resp. Name: Redacted
Fin. Resp. Num.: Redacted

Fin. Resp. Phone Num.: Redacted
27 Vehicle Damage Rating 1: L P - 1
27 Vehicle Damage Rating 2: - -
Vehicle Inventoried: ☐ Yes ☒ No

Towed By: TOWED FROM SCENE BY DRIVER
Towed To: TOWED FROM SCENE BY DRIVER

Copy from Custodial File

| Law Enforcement and TxDOT Use ONLY. Form CR-3 (Rev. 1/1/2018) | Case ID 2204-02689 | TxDOT Crash ID 18841570.1/2022156717 | Page 2 of 4 |

## Disposition of Injured/Killed

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Charges

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | IMPROPER TURN | SO-WW-20166675 |
| | | | |
| | | | |

## Damage

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. 1 | [x] 10,001+ LBS. | [ ] TRANSPORTING HAZARDOUS MATERIAL | [ ] 9+ CAPACITY | CMV Disabling Damage? [ ] Yes [x] No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 03155030 |

Carrier's Corp. Name: TRANSAM
Carrier's Primary Addr.: 15910 US 169  OLATHE, KS 660623800
30 Veh. Type: 6

| 31 Bus Type 0 | [ ] RGVW [x] GVWR 80000 | HazMat Released [ ] Yes [ ] No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 3 |
| Unit Num. 2 | [ ] RGVW [x] GVWR 80000 | 34 Trlr. Type 2 | CMV Disabling Damage? [ ] Yes [x] No | Unit Num. | [ ] RGVW [ ] GVWR | 34 Trlr. Type | CMV Disabling Damage? [ ] Yes [ ] No |
| Sequence Of Events | 35 Seq. 1  20 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit [ ] Yes [x] No | Actual Gross Weight | Total Num. Axles |

## Factors & Conditions

| | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | 23 | | | | 1 | 1 | 4 | 2 | 1 | 1 | 11 |

## Narrative and Diagram

**Investigator's Narrative Opinion of What Happened** (Attach Additional Sheets if Necessary)

Unit # 1 was traveling south bound in the 1100 block South Main Street. Unit # 1 was towing Unit # 2. Unit # 3 was stopped at the intersection attempting to turn east bound onto the 7700 block of Decker Drive. Unit # 1 made an improper turn causing his towed vehicle Unit # 2 to enter the number 1 lane. Unit # 2 struck Unit # 3. Unit # 1 caused a minor accident.

**Field Diagram - Not to Scale**

1100 South Main Street

7700 Decker Drive

Not To Scale

Copy from Custodial File

## Investigator

| Time Notified (24HR:MM) 1406 | How Notified Dispatched | Time Arrived (24HRMM) 1410 | Report Date (MM/DD/YYYY) 04/07/2022 |
| Invest. Comp. [x] Yes [ ] No | Investigator Name (Printed) GILLILAND, JAMES L | | ID Num. S27396 |
| ORI Num. TX1010000 | *Agency HARRIS COUNTY SHERIFF'S OFFICE | | Service/Region/DA S O P D 3 E |

DEFS 001251

Case 4:23-cv-01983   Document 34-1   Filed on 10/04/24 in TXSD   Page 4 of 5

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Law Enforcement and TxDOT Use ONLY
- [ ] FATAL
- [x] CMV
- [ ] SCHOOL BUS
- [ ] RAILROAD
- [ ] MAB
- [ ] SUPPLEMENT
- [ ] ACTIVE SCHOOL ZONE

Total Num. Units: 3
Total Num. Prsns.: 2
TxDOT Crash ID: 18841570.1 /2022156717

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 3 of 4

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 04/07/2022
- *Crash Time (24HRMM): 1400
- Case ID: 2204-02689
- Local Use:
- *County Name: HARRIS
- *City Name:
- [x] Outside City Limit
- In your opinion, did this crash result in at least $1,000 damage to any one person's property? [x] Yes [ ] No
- Latitude (decimal degrees):
- Longitude (decimal degrees):

### ROAD ON WHICH CRASH OCCURRED
- *1 Rdwy. Sys.: CR
- *Hwy. Num.:
- 2 Rdwy. Part: 1
- Block Num.: 1100
- 3 Street Prefix: S
- *Street Name: MAIN
- 4 Street Suffix: ST
- [ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
- [ ] Toll Road/Toll Lane
- Speed Limit: 35
- Const. Zone: [ ] Yes [x] No
- Workers Present: [ ] Yes [x] No
- Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER
- At Int.: [ ] Yes [x] No
- 1 Rdwy. Sys.: CR
- Hwy. Num.:
- 2. Rdwy. Part: 1
- Block Num.: 7700
- 3 Street Prefix:
- Street Name: DECKER
- 4 Street Suffix: DR
- Distance from Int. or Ref. Marker: 50
- [x] FT [ ] MI
- 3 Dir. from Int. or Ref. Marker: N
- Reference Marker:
- Street Desc.:
- RRX Num.:

## VEHICLE, DRIVER, & PERSONS

- Unit Num.: 3
- 5 Unit Desc.: 1
- [ ] Parked Vehicle
- [ ] Hit and Run
- LP State: TX
- LP Num.: PRJ9871
- VIN: 2G1105S31H9108470
- Veh. Year: 2017
- 6. Veh. Color: GRY
- Veh. Make: CHEVROLET
- Veh. Model: IMPALA
- 7 Body Style: P4
- [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 5
- DL/ID State:
- DL/ID Num.:
- 9 DL Class: 5
- 10 CDL End.: 5
- 11 DL Rest.: 5
- DOB (MM/DD/YYYY): Redacted
- Address (Street, City, State, ZIP): Redacted

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | LEDESMA, ALYSSON | N | 23 | W | 2 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [x] Owner [ ] Lessee
- Owner/Lessee Name & Address: Redacted
- Proof of Fin. Resp.: [ ] Yes [x] No [ ] Expired [ ] Exempt
- 26 Fin. Resp. Type:
- Fin. Resp. Name:
- Fin. Resp. Num.:
- Fin. Resp. Phone Num.:
- 27 Vehicle Damage Rating 1: RFQ-2
- 27 Vehicle Damage Rating 2:
- Vehicle Inventoried: [ ] Yes [x] No
- Towed By: DRIVEN FROM SCENE BY DRIVER
- Towed To: DRIVEN FROM SCENE BY DRIVER

---

- Unit Num.:
- 5 Unit Desc.:
- [ ] Parked Vehicle
- [ ] Hit and Run
- LP State:
- LP Num.:
- VIN:
- Veh. Year:
- 6. Veh. Color:
- Veh. Make:
- Veh. Model:
- 7 Body Style:
- [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type:
- DL/ID State:
- DL/ID Num.:
- 9 DL Class:
- 10 CDL End.:
- 11 DL Rest.:
- DOB (MM/DD/YYYY):
- Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle (Enter Driver or Primary Person for this Unit on first line) | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [ ] Owner [ ] Lessee
- Owner/Lessee Name & Address:
- Proof of Fin. Resp.: [ ] Yes [ ] No [ ] Expired [ ] Exempt
- 26 Fin. Resp. Type:
- Fin. Resp. Name:
- Fin. Resp. Num.:
- Fin. Resp. Phone Num.:
- 27 Vehicle Damage Rating 1:
- 27 Vehicle Damage Rating 2:
- Vehicle Inventoried: [ ] Yes [ ] No
- Towed By:
- Towed To:

DEFS 001252

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID: 2204-02689
TxDOT Crash ID: 18841570.1/2022156717
Page 4 of 4

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 3 | 1 | NO DRIVER LICENSE | SO-WW20166678 |
| 3 | 1 | FAILED TO MAINTAIN FINANCIAL RESPONSIBILITY | SO-WW-20166678 |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

(blank)

## FACTORS & CONDITIONS

36 Contributing Factors (Investigator's Opinion) | 37 Vehicle Defects (Investigator's Opinion) | Environmental and Roadway Conditions

| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM): 1406
How Notified: Dispatched
Time Arrived (24HRMM): 1410
Report Date (MM/DD/YYYY): 04/07/2022
Invest. Comp.: [X] Yes [ ] No
Investigator Name (Printed): GILLILAND, JAMES L
ID Num.: S27396
ORI Num.: TX1010000
*Agency: HARRIS COUNTY SHERIFF'S OFFICE
Service/Region/DA: SO PD 3 E

DEFS 001253