IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALYSSON LEDEMSA § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23-cv-01983 |
| § | |
| TYRUS CANTY AND TRANSAM § | |
| TRUCKING, INC. § | |
| § | |
| *Defendants.* § | |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS TYRUS CANTY

In accordance with Federal Rule of Civil Procedure 41(a)(2), Plaintiff requests that Tyrus Canty be dismissed. Defendants have represented in open court, the Joint Pretrial Order, and various filings that Mr. Canty was an employee of TransAm Trucking acting in the course and scope of his employment at the time of the crash. Therefore, TransAm Trucking is vicariously liable for Mr. Canty, and Mr. Canty can be dismissed.

### Request for Relief

Plaintiff requests that the Court dismiss the claims against Tyrus Canty.

Respectfully submitted,

*/s/ Philip J. Morgan*
Randall O. Sorrels
*Attorney-in-charge*
Federal ID No. 11115
State Bar No.
Philip J. Morgan
Federal ID No. 1708541
State Bar No. 24069008
SORRELS LAW
5300 Memorial Drive, Suite 270
Houston, Texas 77007
Phone: (713) 496-1100
Facsimile: (713) 751-2394
randy@sorrelslaw.com
phil@sorrelslaw.com

and

Efrem D. Sewell
Tex. Bar No. 18055200
Federal ID 22823
5909 West Loop South, Suite 620
Bellaire, Texas 77401
Phone: (713) 432-0730
esewell@sewelllawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on January 27, 2025, the foregoing was served on all parties through the Court's CM/ECF electronic case filing system.

*/s/ Philip J. Morgan*
Philip J. Morgan